390 A.2d 296

Commonwealth v. Pana, Appellant.

Argued March 28, 1978. Nazario Jimenez, Jr., for appellant; Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.